**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| on behalf of itself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 12 CV 6123 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Gottschall |
| QK HEALTHCARE, INC., | ) | Magistrate Judge Denlow |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**                                             **DEFENDANT**

**GLEN ELLYN PHARMACY, INC.**                **QK HEALTHCARE, INC.**

s/ Dulijaza Clark                                        s/ Andre K. Cizmarik
By one of its attorneys                             By one of its attorneys
Dulijaza (Julie) Clark                               Andre K. Cizmarik (admitted pro hac vice)
Edelman, Combs, Latturner & Goodwin LLC     EDWARDS WILDMAN PALMER LLP
120 S. LaSalle St., 18th Fl.                        750 Lexington Avenue
Chicago, IL 60603                                    New York, New York 10022
312-739-4200                                          (212) 308-4411

## <u>CERTIFICATE OF SERVICE</u>

I, Dulijaza Clark, certify that on January 2, 2013, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system:

Andre K. Cizmarik
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

s/ Dulijaza Clark____
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)