UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Glen Ellyn Pharmacy, Inc.
                                        Plaintiff,

v.                                      Case No.: 1:12−cv−06123
                                        Honorable Joan B. Gottschall

QK Healthcare, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2013:

MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Stipulation to Dismiss [26], Plaintiff's indiviudal claims against Defendant are dismissed with prejudice, and with each party bearing its own costs. Plaintiff's claims are dismissed without prejudice and with each party bearing its own costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.